MAY WISHNEW, Appellant, v. JOSEPH WISHNEW, Respondent.— Motion granted and time extended so that the appeal may be perfected and argued at the January, 1929, term. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAM ZARET and MILTON ISTRICK, Respondents, v. CAUSEWAY REALTY CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HELEN GAMSEY, Plaintiff, v. LEWIS, DEMICCO & TEPEDINO CORPORATION, Appellant, and RAE FINANCE CORPORATION, MARCELLO INGARDIA and JOHN INGARDIA, Copartners, Doing Business as M. INGARDIA & BRO., Respondents. KRACHAN REALTY CORPORATION and Others, Defendants.— Order confirming report of referee in surplus money proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

VERA GURMAN, Respondent, v. CHARLES HANCOCK SMITH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of JOHN S. SUTPHEN, KENNETH W. WATKINS and THOMAS B. SUTTON, Appellants, for a Mandamus Order against GUY VROMAN, as Building Inspector of the Village of Larchmont, Respondent.— Order dismissing petition for peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

STEPHEN EDWARD KEREKES, Appellant, v. LEWIS LINN, Respondent, and REGINA TAXI Co., INC., Defendant.— Order setting aside the verdict of the jury in favor of plaintiff and granting a new trial reversed upon the law, with costs, motion therefor denied, verdict reinstated and judgment directed to be entered in favor of the plaintiff for the amount of the verdict rendered, with costs. In our opinion the evidence was sufficient to sustain the finding of the jury as to the negligence of the driver of defendant Linn's car. We are of opinion that it cannot be held as a matter of law that defendant Linn was blameless because he had the right of way. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

JOHN WILLIAM LAIRD, Respondent, v. CHARLES SCHILDKNECHT and GEORGE SCHILDKNECHT, Copartners, etc., Defendants. GEORGE SCHILDKNECHT, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.